## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

**IN RE:**
**EVANS, TERRANCE LEE**
**Debtor(s).**

**Case No. 08-14661 WV**
**Chapter 7**

### PAYMENT OF FUNDS TO THE CLERK
### PURSUANT TO BANKRUPTCY RULE 3010

COMES NOW, Ginger Goddard, duly appointed Trustee herein, and reports that all orders of the Court have been complied with and that pursuant to the Notice of Final Report, all checks have been issued and mailed to creditors at their last known addressed.

The following check(s) have not been mailed for the reason that the dividend to be paid to each creditor listed was under $5.00. Accompanying this report are checks payable to the Clerk of the Court for these amounts in accordance with Bankruptcy Rule 3010.

| CLAIM NUMBER- | CLAIMANT & ADDRESS | CHECK # | AMOUNT |
|---|---|---|---|
| 4- | Neurological Surgery Assoc Inc<br>102 S Van Buren<br>Enid OK 73703 | 105 | $3.20 |
| 11- | Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | 105 | .92 |

Respectfully submitted,

/s/ Ginger Goddard
Ginger Goddard, Trustee
224 W. Gray St Ste 202
Norman, OK  73069
(405) 329-5297